STARK COUNTY BAR ASSOCIATION *v.* GEORGE.

[Cite as Stark County Bar Assn. v. George (1976), 45 Ohio St. 2d 267.]

(D. D. No. 75-13—Decided March 17, 1976.)

*Messrs. Helling, Jones & Werren* and *Mr. John Werren,* for relator.

*Mr. Donald C. Steiner,* for respondent.

*Per Curiam.* From an anlaysis of the evidence, this court agrees that the record amply supports the findings of the board that respondent has violated DR 1-102(A) (4), (5) and (6), DR 2-107, DR 3-101, DR 3-102, and DR 3-103 of the Code of Professional Responsibility.

The foregoing violations, individually and collectively, constitute misconduct as defined in Gov. R. V (5) (a).

We come now to the recommendation of the board that respondent be indefinitely suspended from the practice of law.

We find that respondent's conduct showed he was dishonest, fraudulent, deceitful, and that he misrepresented material facts in the proceedings involving his bankruptcy and in his dealings with the Wilsons; that such conduct was prejudicial to the administration of justice; and that such conduct reflects on his fitness to practice law.

We further find that he aided a non-lawyer, his brother, in the unauthorized practice of law.

In view of the foregoing, it is the judgment of this court, pursuant to Gov. R. V(6) (a), that respondent, Lyn C. George, be permanently disbarred from the practice of law.

*Judgment accordingly.*

O'Neill, C. J., Herbert, Corrigan, Stern, Celebrezze, W. Brown and P. Brown,, JJ., concur.